LSK&D #: 564-5018 / 788172
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER GIGANTE,

                                Plaintiff,

                    -against-

BESTFOODS SALARIED EMPLOYEES
LONG TERM DISABILITY INCOME PLAN,
BESTFOODS SALARIED EMPLOYEES LIFE
INSURANCE PLAN, THE PENSION &
WELFARE COMMITTEE, as PLAN
Administrator, and METROPOLITAN LIFE
INSURANCE COMPANY,

                                Defendants.
------------------------------------------------------------X

**No. 05 CV 8727 (GEL)**

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the named parties to the above-captioned action, that the action should be dismissed with prejudice and without costs, and with each party bearing its own attorneys' fees.

Dated:    New York, New York
             August 9, 2006

BINDER & BINDER, P.C.

_____
John DeHaan, Esq. (JD-8863)
2805 Veterans Memorial Highway
Suite 20
Ronkonkoma, New York 11779
(631) 361-6699
Attorneys for Plaintiff

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendants
Bestfoods Salaried Employees Long Term
Disability Income Plan, Bestfoods Slaried
Employees Life Insurance Plan, The
Pension Welfare Committee, as Plan
Administrator, and Metropolitan Life
Insurance Company

SO ORDERED:

_____
United States District Judge

Dated: Aug. 16, 2006